**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:1999-cr-67 (JBA) |
| ADRIAN PEELER | : January 23, 2020 |

**FIRST STEP ACT MOTION FOR IMMEDIATE RELEASE OR RESENTENCING**

Defendant Adrian Peeler moves this Court to order his immediate release, or, in the alternative, to schedule a resentencing hearing, pursuant to the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194 (2018), § 404. In support of this motion, Mr. Peeler states as follows:

1. On May 31, 2000, Mr. Peeler was sentenced to 420 months of imprisonment and 10 years of supervised release for conspiring to possess with intent to distribute and distribution of 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 846 and 841((b)(1)(A).

2. Mr. Peeler was convicted of a "covered offense" under § 404(a) of the First Step Act. Because he was convicted of a covered offense, this Court has the authority under § 404(b) of the First Step Act to resentence him.

3. Mr. Peeler has been incarcerated for over twenty years. He has been in state custody since prior to the commencement of this case. His scheduled release date from state custody is April 9, 2022. Per the judgment of committal, Mr. Peeler is to receive federal credit for time served beginning April 14, 1999.

4. Mr. Peeler sentence was not previously imposed or previously reduced in accordance with the Fair Sentencing Act of 2010, Pub. L. 111-220, 124 Stat. 2372 (2010), nor has this Court previously denied a motion brought under § 404 of the First Step Act. *See* Pub. L. 115-391, § 404(c).

5.      This Court should order Mr. Peeler's immediate release (though he would remain in state custody) and shorten his term of supervised release because, among other reasons, Mr. Peeler was subject to a mandatory minimum that no longer applies.

Therefore, Mr. Peeler requests that the Court order his immediate release, or in the alternative, schedule a resentencing hearing. Pursuant to the Court's February 11, 2019, Standing Order, Mr. Peeler requests that the U.S. Probation Office file an addendum to his presentence report within 14 days. Following the filing of the addendum, Mr. Peeler reserves the right to fully brief the above issues and any other issues, subject to the briefing schedule set forth in the Standing Order. Should the Court schedule a resentencing hearing, Mr. Peeler requests leave to submit additional legal and factual considerations in a sentencing memorandum prior to the resentencing hearing.

                                        Respectfully submitted,

                                        THE DEFENDANT,
                                        Adrian Peeler

                                        OFFICE OF THE FEDERAL DEFENDER

Dated: January 23, 2020              /s/ James P. Maguire
                                        James P. Maguire
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Bar No.: ct29355
                                        Email: James_Maguire@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 23, 2020, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                  /s/ James Maguire
                                                                  James P. Maguire