# EXHIBIT

# 1

Dear Judge ARTERTON,

My NAme is Russell Peeler, I AM AdriAN Peeler FAther, I AM A retired MAINTANCE Tech. And I AM A disable VieT NAm VeterAN.

I AM A member of CommuniTy BAptist Church And I serve on the Usher boArd And membe on the Men's group.

I live in LAs VegAs NV, I own my own home. I have lived here For the pAst Twenty years

My Son AdriAN wAs A good kid growing up. he did good in school. He went To MAgNET grAd School. One year beFore he Fisihed high School his mom pAst AwAy. His mom leFT us AT A eArly Age. He took ThAT very hArd, he loved his mother very much. His mom wAs A police oFFicer

I took on A second Job. ThATs when he becAme distANce. We lived NeAr A lake And we had lAke righTs. So I hAd A SMAll boAT so we could go Fishing A loT.

He wAs close To his grAnd FAther My FAther And both oF his grAnd mother's,

I remember one Time we were visiTing his grAnd mom's My mother, he Ask her why he didn'T hAve hair on his FAce. we both lAugh And Told him I don'T nor his grAnd FAther hAve hair on hour FAce. I Told him or my or I shAve.

your Honor,

Adrian was a kid when he went in, he has grown in to a man. He is aware of the wrongs he has done. He know's he has wasted half he life. He tell's me if and when he is release he want to get a job and live with me and help take care of me.

By living with me I will give him all my help. He will be part of my church life and he will be around good people and a support team in my church.

THANK you very much

Sincerely   Russell Keeler

# EXHIBIT

# 2

# Yale *Prison Education Initiative*

DWIGHT HALL AT YALE

PO BOX 209008
New Haven CT 06520-9008
T 203 432-9286
F 203 432 2425

Campus Address:
67 High Street
Old Campus
New Haven CT 06511

**ADRIAN PEELER**
DOB ▮▮/76
Yale SID# 919051900
DOC # 248446

## Director's Report of Student Status, January 2020

This letter verifies that **ADRIAN PEELER** has been enrolled in the Yale Prison Education Initiative, a program based at Dwight Hall, Yale's Center for Public Service and Social Justice, since May 2018.

**Admission to YPEI:**
Mr. Peeler was admitted to YPEI through a competitive admissions process that was open to anyone incarcerated at MacDougall Correctional Institution in Suffield, CT, regardless of type of sentence or length of conviction, in possession of a GED or equivalent high school degree. Competition for this program is extraordinary; each year, we receive hundreds of applicants asking to be considered for admission, and in 2018, we admitted our first 12 students.

Candidates were considered through a three-fold process: 1) Attendance at an information session; 2) A written application including an essay component; and 3) An in-person interview with a small delegation from our program. The written applications from all applicants were reviewed by our committee and evaluated and scored based not on prior educational attainment or writing mechanics, but on desire to engage, critical and creative thinking, and academic potential.

Mr. Peeler immediately demonstrated himself to be an extraordinary candidate. He had clearly spent his time reading as widely as he was able to, across disciplines and genres, and was, above all, extraordinarily eager to challenge himself, having exhausted most academic options already available to him at MacDougall-Walker CI. In his written application, Mr. Peeler distinguished himself from other applicants through a moving meditation on perspective that demonstrated sophisticated thinking and great academic potential. Finally, when we interviewed Mr. Peeler, we knew that he would excel in a classroom setting; it was clear to us that he was extraordinarily bright, a good and empathetic listener who could think quickly and respond to complex ideas, and who would do well in a high-level seminar.

**Coursework:**
Mr. Peeler has proven himself to be an omnivorous and excellent student. He is excited by intellectual challenge and has not yet backed down from any course offerings that he was able to take. To date, he has enrolled in the following courses through YPEI:

Credited Yale Courses (each carrying 4 transferable credit hours):
- English S120: Reading & Writing the Modern Essay (2018)
- English S127: Readings in American Literature (2018)
- Philosophy S175: Introduction to Ethics (2019)
- Sociology S151: Foundations of Modern Social Theory (2019)
- Art S111: Visual Thinking (2019)

Each credited course listed above met for the same number of hours/week, and carried the same rigor, academic standards, and expectations as those offered on campus at Yale.

Mr. Peeler has also enrolled in not-for-credit workshops including African American Autobiography, a semester-long literature seminar that is offered on campus at Yale; Introduction to Narrative, a seminar focusing on the epic through literature, including long, dense readings that are a challenge for conventional Yale College students on our New Haven campus; a month-long writing-intensive seminar on Truth and Politics; a special series on U.S. Poet Laureates; and most recently, a semester-long seminar called Topics in World Literature 1789-1848.

This Spring, Mr. Peeler will enroll in semester-long courses Physics 110: Concepts in Physics; Color Theory; and Topics in Ethnicity, Race, & Migration.

**Faculty Evaluations:**
No other students seems to have impressed Yale faculty inside our classrooms at MacDougall-Walker CI as much as Adrian Peeler. Below I excerpt some of the testimony his faculty have provided in their end-of-semester narrative evaluations of Mr. Peeler's student performance in their courses.

The faculty for English S120 wrote in a narrative evaluation of his performance:
> "Adrian is a sharp and passionate reader and a subtle, highly incisive thinker. His observations in class discussion, and in particular his willingness to debate difficult ideas or theories and propose thoughtful and often original interpretations of course material, have meant that he is a key presence in the classroom….He is a philosophically-minded student who also continues to improve in analyzing specifically literary aspects of texts, all of which has made him a delight to have in a seminar setting."

Mr. Peeler's "Readings in American Literature" professor wrote:
> "Adrian is a brilliant, restless reader and thinker who pushed our discussions toward fundamental questions. He was always engaged with, and provoked by, the reading…Adrian has a quick, bright, subtle mind. I hope that other courses and other materials might enable him to write papers that make the most of his talents."

His "Introduction to Ethics" professor wrote:
> "Adrian is a subtle and mature thinker, drawn to the complexities of real life philosophical issues and the difficulties of providing systematic theories for messy

2

phenomenon.  Where many of my students wanted to simplify things, Adrian was always searching for more and more subtle distinctions and complications…

Adrian was one of the *de facto* leaders of the class.  He was an expert at negotiating classroom dynamics, and he was always a kind, gracious, and calming presence.  Adrian is a model for how to discuss hot button issues in an empathetic and collegial but also opinionated way.  Additionally, Adrian is a model of self-discipline and academic drive. He worked and studied with conviction, and so his philosophizing became better and better.

Adrian is a mature and unique thinker, and I very much hope he continues in his academic pursuits.  He will be successful in whatever he chooses to study.”

For “Foundations of Modern Social Theory,” the professor wrote:

“Adrian is a brilliant student who—perhaps more than any other in our class—challenged me to think more deeply about the theorists on our syllabus. In the Yale Foundations of Modern Social Theory course, we met three times per week, and for each class meeting the expectation was that students would have read the approximately 140 pages of assigned theoretical text. The readings ranged from mid-17th to early 20th century primary source material, and our syllabus and selection of texts are the same as I use to teach the course at Yale.

Adrian is a thoughtful intellectual who proved himself to be a gifted class leader. His classmates clearly looked to him as an arbiter of textual interpretation, and it is not difficult to see why. He has the ability to read texts deeply and then apply their principle concepts to contemporary situations. In this he is superior to most of the students I have taught at Yale. He also demonstrates an urgency in his grappling with these primary documents that I have seldom seen outside professional academics….I found [Adrian’s course thesis] work so persuasive that I have requested Adrian’s permission to add it to my syllabus for future iterations of the course.

Adrian proved to be an invaluable presence in class, and it is difficult in retrospect to imagine that the course would have been as successful without his unique contributions. I am quite certain that Adrian’s contributions have permanently altered not only my assessment of classical social theorists, but also the way I will approach teaching them in the future.”

The faculty for “Visual Thinking” wrote the following:

“Adrian’s enthusiastic participation in the class discussions made the readings easily relevant to for all the students. On several occasions, Adrian went out of his way to share art that he encountered in the news, such as the Whitney Biennale. This level of engagement deeply added to the course for everyone involved….Over the duration of this course, Adrian’s studio projects expanded greatly, as he gained more confidence in his conceptual ideas. Beginning with the collaborative studio projects created with a fellow

classmate, the two created a framework of rigorous art making, since their process demanded an additional layer of communication. For their final project, Adrian and his collaborative partner conceptualized a project that expanded their interest in community to a greater level. This project utilized contributions from all the class members, as well as faculty and staff from the larger program. Orchestrating this project took a great amount of effort, which could not have been successful without Adrian's organization and determination. The final outcome of the project resulted in a piece with a large community involvement, and moreover, their piece changed the social dynamic of their environment. I am in wonder imagining how much Adrian could create given more time and space for creative growth and development"

And finally, the faculty for "Introduction to Narrative" wrote the following:

"Adrian is a sharp and passionate reader and a subtle, highly incisive thinker. His observations in class discussion, and in particular his willingness to debate difficult ideas or theories and propose thoughtful and often original interpretations of course material, have meant that he is a key presence in the classroom….his first and second papers were well-written, spirited contributions that constituted a true intervention in understanding and interpreting the texts under discussion. He is a philosophically-minded student who also continues to improve in analyzing specifically literary aspects of texts, all of which has made him a delight to have in a seminar setting."

**Summary:**

Across the board, Mr. Peeler has clearly impressed faculty, has been a leader and role model for classroom peers, and has modeled the best of what we hope to see in students in our program. He is committed to producing excellent work, but is also committed to improvement, never shying away from asking how he might be able to do better academically. Remarkably, he has made such an impression on his professors that they imagine him making meaningful contributions to the larger academic disciplines in the world. On days when I have brought guest faculty from Yale to work with students at MacDougall-Walker CI, invariably upon departure, regardless of subject matter, they will remark on something Adrian Peeler has said in the class, astounded at the academic potential he has demonstrated.

We sincerely believe in Mr. Peeler's future potential, are committed to his success as a student, and are glad that we have had the opportunity to invest in him and his education.

Sincerely,

S. Zelda Roland
Director, Yale Prison Education Initiative at Dwight Hall at Yale

# EXHIBIT

# 3

# Yale University

*Department of Philosophy*
*P.O. Box 208306*
*New Haven, Connecticut  06520-8306*

*Campus address:*
*108 Conn. Hall*
*Old Campus*
*Telephone: 203 432-1665*
*Fax: 203 432-7950*

Richard C. Lee United States Court House
141 Church Street
Room Number 118
New Haven, CT 06510

January 10, 2020

Dear Judge Arterton,

It is my great pleasure to write to you about my former student, Adrian Peeler.  Adrian was enrolled in my credit-granting course, Introduction to Ethics, which I offered in the summer of 2019, as part of the Yale Prison Education Initiative (YPEI) and Yale Summer Session.  When I met Adrian, it was apparent that he was academically gifted, disciplined, humble, acutely sensitive to wrongdoing and injustice in the world, a leader and peacemaker in the classroom, and determined to improve himself both morally and academically.  It was my great honor to have taught him.

About myself: I am currently the Desai Family Postdoctoral Research Associate and Lecturer in the Philosophy Department at Princeton University, where I teach both graduate students and undergraduates.  I earned my PhD from the Philosophy Department at Yale University in August 2019, where I taught undergraduate students.  I also hold a BA (2014) and MA (2016) from the English Department at Harvard University.

When my boss at YPEI, Zelda Roland, first told me that "everyone [at YPEI] recognizes that Adrian is a very special student," I instantly understood what she meant.  Adrian shows extraordinary academic promise: he would be right at home among the brightest of my undergraduate students at Yale and Princeton.  In my grade report for the course, I wrote that Adrian is a "subtle and mature thinker," drawn towards the "fine-tuned, unintuitive, and messy."

Despite his academic giftedness, Adrian is humble and tenacious.  Early in the class, Adrian approached me with a handful of papers that I had graded and written feedback on.  He was receiving middling grades on them (Cs and Bs), and he was distraught.  "I'm sorry that I'm doing so poorly," he said, "Can you tell me what I'm doing wrong?"  I had to assure Adrian that his performance was exactly what I expected at this point in the course and that his grades were in line with matriculated Yale undergraduate students.  Adrian said, "That's no excuse.  I want to do *better*."

And he did.  He faced the challenge of philosophy head-on.  When my undergraduate students at Princeton and Yale have not score the anticipated A+, they have often cried, or given up, or decided that philosophy is not for them.  Adrian was nothing like that: he acknowledged that philosophical ethics was far more challenging than anything he had encountered before, and he *worked* at it.  He scored A's on both the mid-term and final exam and received an A- for the course overall.

You can't teach that kind of intellectual humility and tenacity. I've tried, with some of my most gifted Yale and Princeton undergraduates. A student either makes the decision to develop humility and tenacity, or he doesn't. Adrian had both in spades.

Adrian was a *de facto* leader and peacemaker in the classroom. Two of my students, let's call them "Larry" and "Bob," often argued rambunctiously and, at times, disruptively. Adrian was an expert at diffusing this tension and finding common ground between both of them. At one point, Adrian successfully and respectfully negotiated a potential flare up of deep racial tensions in the classroom. Often times, if Adrian felt that the students were misconstruing what I was saying, or were not appropriately paying attention to me, Adrian would step in. "That's not what Sam is saying," he would remark, or sometimes, very quietly, "Let her speak. *Let her speak.*"

Adrian always spoke calmly and simply. He was never bossy or loud or angry. Nonetheless, like the best leaders, he was able to instantly command the other students' respect. What most impressed me, however, was not *that* Adrian could command such respect. It was that Adrian seemed to genuine *value* having productive and kind and respectful social interactions, and he used his status as a leader to cultivate a better and kinder and more respectful classroom. As a teacher, particularly a very young one, Adrian's presence was a gift and inspiration.

Adrian was filled with joy and energy. One of my best memories teaching at McDougall-Walker was also one of my most unexpected. After I finished holding office hours, Adrian and another student, "Larry," shouted across the room, "Sam, we need to ask you something!" I was worried that they didn't understand some of the course material. Instead, Adrian and "Larry" explained that they were arguing about whether Sully (the pilot who landed the plane on the Hudson) or the Subway Samaritan (Wesley Autrey, who jumped on the subway tracks to save a man) were a better exemplar of moral heroism. They were engaged in a lively debate using the tools I had taught in the course. Adrian and Larry's eyes were both so happy: they were so happy, not just to show me how much they had improved in the course, but also to debate something that they found so morally and intellectually interesting. The C.O. ushered them out of the room, but I could hear them continuing the debate all the way down the hall.

Because I teach moral theory, I am often privy to students' most cherished beliefs and values about ethics. When we were discussing the course material, Adrian once or twice told me, with great honesty, "I'm in prison because I'm a selfish person." He was not asking for pity: he was acknowledging that he hadn't been as good a person as he felt he ought to be. In my conversations with Adrian, it was clear that he deeply valued others and saw himself as bearing weighty obligations towards them. He saw himself as bearing especially strong obligations to members of his family and friends and members of his (current and past) communities. He was particularly ready to admit that we are sometimes morally required to make great personal sacrifices on behalf of others.

I believe that if Adrian re-enters society, he will face society's challenges with the same humility, tenacity, and moral sensitivity that he displayed in my classroom. The Adrian Peeler that I met in 2019 is a kind and deep soul, who is determined to make himself a better person and the world a better place.

Sincerely,

Sam Berstler

# EXHIBIT

# 4

Dear Judge Arterton,

I am an educator and artist currently living in New York City. I am graduate from the Yale School of Art, with a Masters of Fine Arts degree in Sculpture.  Upon graduating in May, I was selected as an Yale Prison Education Initiative Fellow. This Summer, I served as the professor for the course, "Introduction to Visual Thinking," an accredited Yale College course offered at MacDougall-Walker Correctional Institution. I was lucky enough to have Adrian Peeler as one of the students in my class. Over the last half year I have continued to be impressed by Adrian's thoughtfulness.

I will be the first to admit that the course material of, "Introduction to Visual Thinking," a theoretical and studio based class rooted in critical theory as it pertains to art is rather difficult. It takes a courageous student to delve into the material. From the first day of class, I was relieved that Adrian Peeler was a part of our cohort. He immediately began participating in the assigned reading discussions. His enthusiasm was contagious to the entire class, as he raised important points that generated thought provoking conversations; the sign of a well functioning art theory course. I too, was inspired by his close readings of the text, and took extra time to prepare for my subsequent classes as I knew the rigorous discussions to come. The next class, Adrian continued to be a stand out student as he brought in additional news clippings that he encountered on his own which were relevant to the course material. This level of engagement is rare to see, and a dream for any course instructor.

Through out the course, Adrian played a vital role in our course discussions and critiques, but it was really his final studio project that made a life long lasting impression on me. The assignment was open ended and self directed, meant to build upon the previous projects. Adrian Peeler raised the bar as his project was incredibly ambitious. He created a large scale collage focusing around community, the required facilitating the participation of every single classmate, myself, the teaching assistants, and even our assigned classroom guard. The scope of the project was such that it not only involved our entire class, but also moved everyone who participated. After the semester ended, I ran a workshop many weeks later and was excited to see that Adrian was still working on some of the projects he began in the course and was continue to show growth. Every professor hopes to have a student like Adrian Peeler in their class, and I know that what community he is a part of, he will be a valued member.

Sincerely,

Suzanna Zak
Yale MFA 2019
Yale Prison Education Fellow

# EXHIBIT

# 5

# Yale University

*Department of English*
P.O. Box 208302
New Haven, Connecticut 06520-8302

Campus address:
Linsly–Chittenden Hall
63 High Street
Telephone: 203 432-2233
Fax: 203 432-7066

10 January 2020

Your Honor,

I understand that you will be considering the case of Adrian Peeler. I write to share with you some of my own impressions about him and his character, based on my experience of working with him through the Yale Prison Education Initiative in the summer of 2018.

First, a quick word about who I am. I am poet, scholar, and teacher of literature. I hold a B.A., M.A., and M.Phil. in English Literature from Yale University, and an M.F.A. in poetry writing from the Iowa Writers' Workshop. For over a decade, I have taught poetry and nonfiction writing to college students at Yale University, Wesleyan University, Deep Springs College, and elsewhere. At present, I am a Visiting Assistant Professor in the Humanities and Media Studies Department at The Pratt Institute in Brooklyn, NY, and a Lecturer in English at Yale. In the last few years, I have sought to carry my work as an educator into the prison system. This past summer, I taught a class on nonfiction writing at Eastern Correctional Institution in New York through the Bard Prison Initiative. The summer before that, I co-taught (with Professor Caleb Smith) an intensive course on American Literature at the MacDougal-Walker Correctional Institution through the Yale Prison Education Initiative. It was in this YPEI course that I met and worked with Adrian.

Adrian Peeler was, without a doubt, my favorite student from my summer of teaching with the YPEI. I believe this sentiment was general among my colleagues; we often spoke about how much we admired Adrian in particular. He was one of the stronger writers and brightest students in the room—but it was not these qualities exactly that made him so beloved. What really made me love him was his *earnestness* as a student, his consistently high level of engagement, and the effect his presence had on the other students in our classroom.

More than any other student in that classroom, Adrian was fully present. He listened carefully and asked thoughtful questions. He praised his peers for making thoughtful contributions. When he didn't understand a point someone else had made, he would ask for clarification. When he disagreed, he would say so in a way that left open the possibility that he himself did not have all the answers, that invited the other person to help him come around to their point of view. Even when Adrian had a problem with a particular text in question—for instance, he objected strongly to Melville's use of the word "savage" as a term for non-white characters in *Moby Dick*—he would not use that problem as an excuse to disengage from our study. In fact, such problems seemed to renew his commitment to mastering our subject. He seemed to prefer asking questions to voicing his own opinions. He was kind to his peers but also challenged them to be the most articulate versions of themselves. Without a doubt, everyone learned more in that class because Adrian was in it.

Here's one moment I remember seeing Adrian shine. One afternoon, I was sitting with Adrian and another student to talk together about short pieces of critical writing they had done in anticipation of a longer paper. We were looking together at the other student's writing, and I was trying to explain some problem I noticed in that writing. I don't remember exactly what the problem was; all I remember is that the point I sought to make about it was somewhat complicated, and that my efforts of explanation left the student looking confused. But as I continued to explain, a look of recognition came to Adrian's face. He had clearly understood the point I was trying to make. And as soon as he did, he reached for his peer's essay and began to explain the problem in his own way.

This moment was small in itself, but it says a lot about the person Adrian Peeler has become. I saw in that moment how his curiosity and attention led him to insight, and how that insight was something he wanted to pass on. I saw him using his energy, as a teacher does, to help someone else grow. In that moment, I thought: *this man belongs in a college, not a prison.*

I hope you will take these impressions of him into consideration when his case comes before you for review. Thanks for taking the time to read this letter. Please don't hesitate to contact me if I can be of more help to you in any way.

Sincerely,

David Gorin
Visiting Assistant Professor in Humanities and Media Studies, *Pratt Institute*
Lecturer in English, *Yale University*

# EXHIBIT

# 6

# Yale MACMILLAN CENTER
## *Council on African Studies*

PO Box 208206
New Haven CT 06520-8206
T 203 432 9903
*african.macmillan.yale.edu*

courier
Rosenkranz Hall
115 Prospect Street
New Haven CT 06511

Dear Judge Arteton,

I am a postdoctoral associate at Yale University in the Council on African Studies and a New Haven resident. I am writing in support of **Adrian Peeler**, whom I met while I served as a teaching assistant last summer (2019) through Yale's Prison Education Initiative. While all of the students I met at MacDougall Correctional Institute were intelligent, engaged learners, Adrian stood out for his enthusiasm for the material, his willingness to push himself to think more deeply and challenge himself to connect what he was learning in class to other course material as well as his own experiences, and his friendly and collaborative demeanor. He always entered the classroom with a firm handshake and kind word for his teachers and fellow classmates and I looked forward to having him in class each session.

I worked with Adrian mainly in the context of study sessions to support literature and ethics courses. Adrian came to class prepared and ready to work—and these classes were a lot of work! During literature study sessions he would often pull up a chair next to someone else who was struggling and they would talk things out. Adrian would gently push or challenge his partner to go deeper with the text while really listening and affirming his partner's perspective. In peer editing I saw the same thing—he would engage with his partner's ideas and ask questions that really helped the other clarify his arguments and writing. I enjoyed Adrian's mix of joyful enthusiasm and seriousness about the material. It was infectious, especially when people were feeling frustrated with the difficulty of the content. One time I was trying to explain a particularly difficult passage from Aimé Césaire to a frustrated student and was finding that I was having a hard time making sense of it myself. Adrian jumped in to offer his own thinking on it in a way that opened up a new avenue for analysis for me as well as for the other students.

One of the rewarding parts of working with YPEI was getting to know Adrian Peeler. It is my hope that I have the opportunity to help him continue his education and support his intention to contribute to his community. I would be delighted to assist him in achieving these goals and would look forward to maintaining contact with him should he be released.

Sincerely,

Leslie Gross-Wyrtzen, PhD

# Yale MACMILLAN CENTER
## Council on African Studies

PO Box 208206
New Haven CT 06520-8206
T 203 432 9903
african.macmillan.yale.edu

*courier*
Rosenkranz Hall
115 Prospect Street
New Haven CT 06511

# EXHIBIT

# 7

January 10, 2020

Dear Judge Arterton,

My name is Minh Vu, and I am a senior at Yale University studying English and Women's, Gender, and Sexuality Studies. After graduation, I plan to enroll in a PhD program in American Studies to study comparative refugee histories. Afterwards, I seek to build upon this theoretical knowledge and acquire a JD with hopes of practicing immigration law.

I write to support Adrian Peeler in kindly asking that you reconsider lowering his sentence given the recent passing of the First Step Act. I have known Adrian for over three months in my capacity as a Teaching Fellow for the Yale Prison Education Initiative, through which Adrian has been taking (and excelling at) for-credit Yale courses taught by faculty. Specifically, I have been working with Adrian in the context of Victoria Baene's English seminar "Topics in World Literature, 1789-1848."

Adrian's success in his Yale coursework is worthy of highlighting in itself. As an incarcerated Yale student, Adrian is not afforded the same privileges as conventional Yale students located on campus (such as me). Yet, despite juggling this disparity, Adrian performs just as well as, and even exceeds, his counterparts in New Haven who take the same Yale courses with the same Yale assignments that are taught by the same Yale professors. This very fact points to Adrian's sheer brilliance and commitment to learning, and with that, although I am technically Adrian's teaching assistant, he is the one who has served as my guiding academic inspiration in terms of both criticality and work ethic. Every Wednesday morning, I head to the MacDougall-Walker Correctional Institution to run a writing workshop, discussion section, and/or office hours, but every time I speak with Adrian, our conversation goes beyond the expectations I map out on the agenda I scrawled in my notebook. Adrian constantly pushes intellectual and pedagogical boundaries; never taking theories and assignments at face value, he constantly probes *Why?* and *To what extent?* One example that pops to mind is his analysis of *The Black Jacobins* by Toussaint L'Ouverture, who presents a theory of Black subjectivity. Although collectively agreed as satisfactory by the class, it was Adrian who identified a gap in L'Ouverture's theory—that is, the failure to include women in this history. Whenever hearing from Adrian both inside and outside the classroom, I am prompted to reflect a little on my reading, writing, and teaching practices.

I could go on about Adrian's intellect and academic success, however what is most praiseworthy about Adrian that I have been fortunate enough to witness resides outside of the seminar table. What floored me immediately in the brief time I have gotten to know Adrian is the generosity he displays towards his peers. Through closely listening to other seminar participants to pointing out those who raised their hands but were not seen by the instructor, Adrian architects his academic life upon the groundwork of community and solidarity. As a Teaching Fellow who can interact with the YPEI students on a more casual level outside of class, I am privy to observations that are normally unseen but super rich and important to highlight. In the case of

Adrian, not only does he support his peers around the seminar table, but he also goes out of his way to work with those who are struggling with the material by re-explaining certain theories, workshopping their writing, and offering advice on how to read efficiently during weekly study halls as well as before and after class. Through his politics of care, Adrian—although a student—naturally takes up the role of an instructor readily available to support anyone in his proximity. Funnily enough, what is unfortunate about this—though telling about his character—is that he does all of this work without expectation of returns, so I can never walk up to him and thank him after seeing him help a student without seeming nosy! Simply put, Adrian's sense of community is not performative and solely done in the presence of an instructor nor for the sake of grade; it is a steadfast principle that is constantly practiced.

In stringing along these many anecdotes, I hope to have illuminated the many facets of Adrian in his simultaneous roles as a Yale student, a teacher, and a citizen. It is my hope that you take my words as a testament to his intellect and, above all, kindness in informing your decision on the length of his sentence. It was my pleasure to write this letter, and I thank you greatly for your time in reading it. If there are any clarifications you need or further questions you have, please feel free to contact me by email at minh.vu@yale.edu or phone at 609-334-9538.

With Regards,

Minh Vu
█████████████████
New Haven, CT 06520
█████████████████
████████████

# EXHIBIT

# 8



Bryan Jordan #218810
█████ l ██ █.
█ █t ██ ██S.
Suffield,CT. 06080

Honorable Judge Arderton
United States District Court
District of Connecticut

RE: <u>**UNITED STATES V. PEELER,A.**</u>

January 28,2020

Dear Judge Arderton,

I am writing this to you in support of the sentence reduction
of Mr.Peeler. My support for Mr.Peeler may on its face appear to
be bais; That is to be understood. However, by the end of this letter
I hope the things I tell you about Mr.Peeler are soley a testiment
of his character, his growth, and how he has helped me reshape the
way in which I view the world.

I met Mr.Peeler over a decade ago while incarcerated. We were
both young men tring to find meaning in a place devoid of any such
reality. This was a very depressing reality for me to accept. Meeting
him during that point in my life allowed a voice of reason to reach
me. I can still recall his encouraging words, "[Y]ou have to begin
to reframe your mind through education, then you will find a life
worth living." At that time I could truly appreciate what those words
meant. What I did know was I was not hearing that from anyone else.
Years later, as I took his advice, I found the value of "a life worthy
of living"- something I never had.

Year by year, I watched how the value of his life would increase
and how it impacted others around for the better. I saw his investment
in sharing his "value" with younger inmates as they struggled with
the same questions of incarceration as I did years eariler. It has
been his calling to keep those younger inmates from becoming older
inmates- a mission I have always respected. I never said anything,
but I watched, paid attention, and applied what he was doing to affect
change in himself to my personal path to reform. Truth be told, he
was my earlist model.

1.

After losing contact for nearly eight years, we have reunited
on the same path we parted on- seeking rehabiliation through education
We are both students of Yale University. True to his investment in
my betterment, he continues to hold me accountable for any short-
comings that I may have in our classes together. He has become one
of the loudest voices we have in the class and helps anyone who lags
behind. This is who Mr.Peeler has become: a leader, a rehabiliator,
a thinker, and a student of life. This is his character. For what-
ever it is worth to this court, Mr.Peeler has worked hard on his
rehabiliation and is very much deserving of the pending sentence
reduction before this court. It would serve us all to have his voice
in the fight to save our youth- a mission we both share.

Respectfully,

Bryan Jordan #218810

# EXHIBIT

# 9



Maurice Blackwell
I/M # 284372
er  .
t      et      h
Suffield, CT. 06080

January 29, 2020

**RE: ADRIAN PEELER**

To Whom it may Concern,

I would like to take the opportunity to express my view of Mr. Peeler and the impact he's had on my life. I have known Adrian for over twenty years now. He has been a constant presence during my time of incarceration, whether it be physically or through significant words of encouragement.

It's not often that you come across an individual with an optimistic view on life while incarcerated. It's difficult to carry a positive outlook when there's so much negativity around. Adrian has always been the exception. Since the beginning of my sentence, Adrian has encouraged me to read as much as I can and stay focused on using my time wisely. He stressed how valuable information is and the necessity to be informed. He constantly gave me literature on world history and would initiate discussions on what I've read. Whether he knew it or not, he assisted me ie realizing my true potential.

Of course through time, we've parted ways in the institution and finally made it back in each other's presence. Now I'm more mature and able to grasp how important it was for me to stay diligent in reading. Because of my dedication to staying informed, I have been part of the 1 percentile that's been accepted into the Yale Prison Education Initiative. I attribute a lot of my academic success to Adrian. He has not only been somewhat of a mentor, he has also been a close friend- someone I can count on to provide a positive aspect on seeing things.

Through tough times, I've been able to confide in Adrian. He has always given good advice, although there were times when I may not have accepted it due to being stubborn. Overall, he's been an exceptional figure in my life. I just pray and hope that he gets the opportunity - sooner than later - to have that same impact in society. To be completely honest, my choice of words will never amount to how indebted I am to having a friend like Adrian.

1

I humbly ask that you consider all that I've expressed and find it in your heart to grant an early release for Mr. Peeler. I am totally confident that he will not take it for granted. Thank you for your time.

Respectfully,

Maurice Blackwell

# EXHIBIT

# 10

Victoria Baena

New Haven, CT 06511

Dear Judge Arterton,

I write on behalf of Adrian Peeler, a top student in two classes I have taught through Yale's Prison Education Initiative (YPEI) at MacDougall-Walker Correctional Facility in Windsor Locks, Connecticut. The program offers Yale college credit for the same intensive, rigorous liberal arts courses offered on the university's campus. I am currently a fifth-year doctoral candidate in comparative literature at Yale, where I am writing a dissertation and teaching undergraduates in New Haven as well as through YPEI. I first met Adrian in July 2018, when I was volunteering as a tutor for the very first class (an American literature course) in which Yale has ever offered college credit to incarcerated students. I subsequently served as his primary instructor for a course on epic literature in spring 2019, and for a course on nineteenth-century history and literature in fall 2019.

When I began working with YPEI, I was immediately impressed by Adrian's leadership in the classroom. That summer I was responsible for meeting with students in office hours, and as I discussed their papers and questions, and we further explored ideas broached in the main course hour, Adrian stood out as one of the closest readers in the group. He clearly brought a wealth of interest in American history and literature to the table, and was eager to take advantage of what he considered to be a powerful opportunity to discuss these topics with Yale faculty and students.

The next year Adrian's leadership as part of the first cohort became even more clear to me, when, with a team of Yale faculty and staff, I interviewed dozens of incarcerated men at MacDougall-Walker in order to choose the second YPEI cohort. We asked each one how and why they became interested in applying. A number of the students mentioned Adrian by name: they said that they had been inspired by his enthusiasm and new knowledge, which he brought back to the cell blocks—lending his books to others not in the program, talking about the new insights he'd learned, and encouraging others to apply. Adrian has been fundamental in expanding the impact of a liberal arts education in this prison far beyond the very small number of students actually enrolled.

That spring, I taught a course on the epic, from Homer's *Odyssey* to Derek Walcott's twentieth-century *Omeros,* to the new eleven-member cohort, in addition to several students from the first cohort, including Adrian. There he modeled the kind of attitude and engagement I hope for as a teacher. He came to each class having read each long, dense text closely (sometimes twice!) and was unfailingly excited to discuss it. The other students clearly looked up to him; on multiple occasions, students referred to conversations they'd had with Adrian "in the block" about the text, which helped them better understand a certain aspect of the reading that they now wanted to explore more closely in class discussion. A few times, I had conversations in office hours with students who told me that they aspired to read as well and as

closely as Adrian did; I had to remind them that, in only one year as a YPEI student, Adrian's reading and writing had improved markedly (though his enthusiasm remained consistent throughout) and that theirs would as well if they showed the same effort and willingness to accept constructive criticism and feedback.

Indeed, Adrian's flexibility and humility have made him a pleasure to teach in the classroom. "Please grade harshly," he has told me; "I just really want to know what I'm doing wrong and what I can do better." (It would, unfortunately, be quite difficult for me imagine one of my students on Yale's campus making the same request.) Adrian has the rhetorical skills of a college debater and the curiosity of a budding graduate student, whose natural intelligence puts him well at the level of my brightest Yale students. But I have been even more impressed by his willingness to learn and adapt, and by his eagerness to acknowledge how much he has left to learn.

About a month ago, at a moment in class in the midst of midterm season, when energies were beginning to sag, I could see Adrian taking the temperature of the room. He raised his hand to offer a promising but debatable interpretation of a scene in Charles Dickens' *A Tale of Two Cities,* which immediately galvanized the other students and singlehandedly turned the classroom energy around. In office hours afterward, he told me that he felt there was simply too little time in the classroom not to always take full advantage of the possibilities for discussion and debate.

To my understanding, Adrian sees his ability to participate in YPEI as a gift and as an opportunity for redemption. As we discussed Vergil's *Aeneid* last spring, Adrian pointed the class to a line in Book Six, when Aeneas is about to travel to the underworld: the Sibyl warns him that "the descent to the Underworld is easy […] but to retrace your steps, to climb back to the upper air—there the struggle, there the labor lies." Adrian noted that he—and, he proposed, his fellow incarcerated students as well—knew very well what the Sibyl meant. It was a moving moment, one that I've thought of often since, and one that has helped me read this classic text with new eyes. I am convinced that Adrian is committed to "climb back to the upper air," with all the struggle and labor that may entail.

I appreciate the opportunity for Adrian's sentence to be reduced as a result of the First Step Act, and fervently hope that the court might consider a lighter sentence for him. Thank you in advance for your time and consideration.

Sincerely,
Victoria Baena
PhD candidate, Department of Comparative Literature, Yale University

# EXHIBIT 11

# Yale College

*Timothy Dwight College*

*Office of the Dean*
*PO Box 208238*
*New Haven, CT   06520-8238*

*Campus Address:*

*345 Temple Street*
*Telephone: (203)432-0754*

January 8, 2020

To Whom It May Concern:

I write in support of Adrian Peeler, a student I have taught through Yale's Prison Education Initiative in several settings: first, in my course Reading and Writing the Modern Essay; then, in an advanced specialty seminar, African American Autobiography; last summer, in a short series on U.S. Poet Laureates, and additionally, in various one-time workshop settings in which the class would tackle individual pieces of contemporary literature.  All this is to say that I have logged a lot of classroom hours with Adrian Peeler.  Full stop, he is one of the most remarkable and memorable students I have encountered.

Adrian is a model humanist, one who is obviously disciplined and serious about his academic work, but never in a humorless or tedious way.  He brings a real light into the space of our classroom (no small feat, since that room is windowless!).  He is possessed of a keen mind, a nuanced understanding of literature and its subtleties, and an abiding and organic curiosity. He is a reader and a thinker.  Ideas matter to him.

My courses study texts that raise difficult philosophical and ethical questions, questions about what it means to be human, questions about what it means to fall short and to make amends, questions about how we can best inhabit spaces and share those spaces with others. Adrian tackles all those questions (and many others) with an astonishing sense of openness and purpose.  I truly believe that you can tell a great deal about a person by the way he responds to literature, and Adrian, who is so consistently engaged, inquisitive, and thoughtful, has revealed himself to be a person of real character and moral depth.

Let me say now: I am not naïve when I make these claims.  I have been teaching in correctional institutions (MacDougall-Walker, Cheshire, York) for many years, and I operate under no illusions that my incarcerated students are blameless, mistakeless, faultless. Further, I don't wish to make any claims about Adrian's original conviction.  What I *do* wish to claim – very strongly – is that Adrian is a person with much to offer any community he inhabits, and indeed society at large; I believe wholeheartedly in his capacity to do good in the world.  I am and will continue to be proud to be associated with him, and I would be delighted to speak further on his behalf should you need to contact me.

Sincerely,

Sarah Mahurin

████████████████

# EXHIBIT 12



January 9, 2020

Dear Judge Arterton,

I am a professor of sociology at the University of North Carolina at Greensboro, and I am writing on behalf of Adrian Peeler. I first met Mr. Peeler in the context of my teaching for Yale Prison Education Initiative (YPEI) in the summer of 2019. The course I taught through YPEI, *Foundations of Modern Social Theory*, is identical to the course of the same name I have taught at Yale University. The readings for the course—a course that met three times per week for five weeks—range from 100-150 pages per class and are drawn exclusively from classical social theorists, including Hobbes, Locke, Rousseau, Hegel, Marx, Nietzsche, Durkheim, Weber, and DuBoise. All this to say the course is rigorous and challenging, even for Yale University undergraduates.

Mr. Peeler is a curious and dedicated student who was never afraid to respectfully voice his thoughts in class, even when they challenged a point made by me or another student. Nor is he reluctant to ask questions if he feels there is something he doesn't understand. Because I ran the course as a seminar, much of each class meeting was spent in small group discussion and debate over close readings of our texts, and in this context Mr. Peeler stood out as a preeminent leader among his peers. Recognizing

1 of 3

both his analytic abilities and his generosity, numerous students regularly sought him out for tutoring outside of class, and he was genuinely invested in helping his classmates grapple with and understand the course material.

One of the most remarkable aspects of Mr. Peeler's perspective throughout our course was his refusal to view the centuries-old works we were studying as mere academic curiosities; he truly wrestled with their concepts as live issues that had substantial effects on our contemporary world. A case in point: Mr. Peeler's final paper for the course is an original and nuanced piece of scholarship applying John Locke's (1690) notion of a "state of war" (in contradistinction from Thomas Hobbes's notion of the same) to the American context. Mr. Peeler reasons persuasively that the original colonization of the Americas constituted a state of war between Western Europeans and the native inhabitants of Africa, the Caribbean, and the American continents. But using Locke's ethical framework, this state of war was not a war of conquest, one that Locke's framework would deem unjust. Instead, because the native inhabitants of the Americas had an entirely different concept of land ownership—one that was largely incomprehensible to the original colonists—the dispossession of American land was (by Locke's reasoning) justified. And this justified appropriation laid the foundation for the sort of marginalization of people of color have continued to experience throughout the history and pre-history of our nation.

I take the time to describe Mr. Peeler's thesis to demonstrate his intellectual gifts, creativity, and obvious talent as a scholar. While I lectured on Locke's concept of the

state of war in class, I never discussed its application to the colonies; it was Mr. Peeler's innovation to see how all these historical events and theoretical postulates came together to rear their collective head even today.

I have maintained correspondence with Mr. Peeler since the conclusion of his course, and we discuss the books he's currently reading and thinking about. He is profoundly concerned with the social world, particularly the plight of those who suffer under various forms of oppression. I am convinced that should he have the opportunity, he would make a distinguished scholar and have a powerful, positive impact on society, and I have encouraged him—and continue to encourage him—to this end.

Respectfully,

Professor Todd Madigan, PhD
Department of Sociology
The University of North Carolina at Greensboro
337 Frank Porter Graham Building
PO Box 26170
Greensboro, NC 27402-6170
█████████

Your Honor,

I am currently working as a Criminal Justice Fellow at Dwight Hall at Yale. In this position, I've had the privilege of continuing to volunteer with the Yale Prison Education Initiative (YPEI), where I started working two summers ago as an Arthur Liman Fellow. I am a recent graduate of Yale University and currently reside in New Haven.

In working as a volunteer with YPEI, I frequented classes taught by Yale professors at McDougall-Walker C.I. As a volunteer, I would spend a few days a week working with students at McDougall-Walker, which is where I had the pleasure of meeting Adrian Peeler. Each time I showed up in the class room Adrian would walk up to all the instructors and me, individually shake our hands, and express his gratitude for the class; we would then usually chat about sports, the news, or some sort of idiosyncratic academic interest of mine that I had told him about the previous week. Notably, the conversation often began with my interests because Adrian would consistently remember what we had talked about and he genuinely cared enough to follow up. This attention to detail is a fantastic quality in any student and makes for a kind, caring, and compassionate citizen.

I've found as a writing tutor at Yale that the most helpful thing to do to get someone to express their ideas is to ask them very simple and intuitive questions. This is a quality that I saw Adrian adopt naturally in the classroom setting, not for the purpose of proving anyone wrong, but for honing in on the specifics of a conversation about *Moby Dick* or questioning an assumption in a students interpretation of a poem in *Leaves of Grass*. To be able to genuinely inquire about someone else's perspective is a powerful quality and a gift to any community. Adrian's genuine, thoughtful, and pensive character is a powerful testament to the kindness he will bring back to his community upon release.

Thank you for considering Adrian Peeler case.


Sincerely,

Joseph Gaylin
Criminal Justice Fellow
Dwight Hall at Yale



Department of English
P.O. Box 208302
New Haven, Connecticut 06520-8302

Campus address:
Linsly–Chittenden Hall
63 High Street
Telephone: 203 432-2233
Fax: 203 432-7066

10 January 2020

**Letter of Support for Adrian Peeler**

Dear Judge Arterton,

I write to express my support for my student Adrian Peeler as you reconsider his sentence. I know Adrian as an extraordinarily insightful and generous contributor to the small community that takes shape within a college classroom over a course of weeks. I have faith in his gifts and high hopes for the future he could build.

I met Adrian in summer 2018, when he enrolled in my section of English 127, Readings in American Literature, organized by the Yale Prison Education Initiative. This was a regular, for-credit course, following the same syllabus and assignments that I use on campus, where I have been teaching it since I arrived at Yale in 2005. Conducted in seminar style, the class makes its way through several major works: we begin with Walt Whitman's "Song of Myself" and move on to such rich, dense texts as Herman Melville's *Moby-Dick*, the poems of Emily Dickinson, and Frederick Douglass's *Narrative*. Along the way, we consider some key themes of American literature, including the character of American selfhood, the relationships of belonging and exclusion, the paradoxes of liberty and slavery, and the dynamics of tradition and innovation. Students submit weekly reading responses, write essays, and take a final exam.

From the beginning, Adrian Peeler was my star student. He is a brilliant reader and thinker who pushed our discussions toward fundamental questions. He was always engaged with, and animated about, the reading. He performed very well on the final exam, correctly identifying the authors and works of all passages, and he wrote strong, probing, serious essays.

The conversation in English 127 can be intense, especially when questions of identity and power are on the table. The readings are difficult—intellectually and, at times, emotionally—and I expect a lot from my students. But Adrian showed a remarkable ability to pursue tough questions while maintaining an attitude of curiosity and open-mindedness.

To tell you the truth, I found myself depending on him to help guide our discussions, especially when other students became frustrated or lost. I knew that Adrian would have something to say, that it would probably be brilliant, and that he would help to open up further conversation, rather than shutting it down.

Adrian's thinking is rigorous but it is also generative; he carries himself with a sense of humor and with a special kind of sweetness. These are his extraordinary qualities—curiosity, insight, generosity—and I very much hope that he will have the chance to share them with our communities at large.

Many thanks for considering this letter.


Sincerely,


Caleb Smith

Professor of English



January 23, 2020

**RE:** <u>**Character Letter for Adrian Peeler**</u>

To Whom It May Concern,

My name is Jack Bardales and I am a Litigation Paralegal employed at Carswell Law Offices, LLC at 840 Clinton Avenue, Bridgeport, CT 06604. The purpose of this letter is to personally describe Adrian Peeler's character as I have known him.

I had the great pleasure of meeting and working with Adrian Peeler at MacDougall-Walker Correctional Institution in Suffield, CT. Mr. Peeler was 1 out of 10 candidates selected out of over 500 that applied for the Yale University Education Initiative college course study offered at MacDougall. The selection process was a very intense one that involved several interviews with Yale professors and a director who evaluated several entry writing essays and answers to several interview questions.

Mr. Peeler always carried himself with respect, dignity, and professionalism in the classroom and in the prison. In particular, Mr. Peeler always put forth his full focus, attention and effort into his work for the University and in anything he would do. He always contributed thoughtful feedback when called upon and he volunteered his time to participate in group talks and other productive meetings and extra work assignments.

I am in the opinion that with the Yale University college credits that he has earned with his hard work and perseverance that it will serve him well with his re-entry back into society and with any other opportunity he chooses to pursue. I submit to you that Adrian Peeler is of good integrity and good character and if you give him a chance I have no doubt that he will surely prove it to you.

Thank you for your time and should you have any questions feel free to contact me at my office at the phone number or address below.

Cordially,
Carswell Law Offices, LLC

Jack S. Bardales
Litigation Paralegal

840 Clinton Avenue • Bridgeport, Connecticut 06604 • **Ph:** 203 336-1111 **Fx:** 203 367-2184 **E:** JB.Carswelllaw@aol.com

Your Honor,

My name is Diana Saavedra and I am currently a senior at Yale College. I am majoring in Ethnicity, Race, and Migration and I am originally from Bronx, New York. I have worked with the Yale Prison Education Initiative since the summer of 2019 and saw Adrian almost every weekday throughout the summer.

Adrian is by far one of the brightest students in the entire program. I saw Adrian for almost every sociology class and study hall throughout the summer. It was in this class that I was able to see his commitment to the class materials and his role as a leader in discussions. Adrian was always the first to offer his comments in class when it was silent. He was also the first person to present in class and set a high bar for presentations.

In one of the classes I assisted in, Adrian was one of the first students to critically engage with the material. He did not hesitate to question why we were reading the authors provided for Foundations of Modern Social Theory. He was adamant about making sure that students received a broad range of perspectives and considered the most marginalized individuals in every thought experiment or social theory proposed. He was clear in his conviction to broadening the material we engaged with throughout the course and challenged his professor to also think about his own positionality.

Throughout each of these discussions, Adrian always remained steadfast yet kind in his approach. He is incredibly well-read but he never made anyone feel as though their comments did not matter. He challenged me to read more and consider my own shortcomings when I thought about how I navigate my classes at Yale. He has easily been one of the peers I have learned the most from through my time at Yale. He even gave me a book at the end of the summer as my own reading because he wanted to learn from my thoughts about the book. This initially made me very scared because I had felt like I was lacking academically during my time at Yale. I did not know if I would have any exciting or groundbreaking ideas about the readings. I doubted myself a lot. Adrian made me feel valued for my own ideas and confident that I could formulate worthwhile discussions even though I was not the professor in the class. He made me realize I could become a better student and I had the ability to share my ideas in my classes at Yale.

Whenever I see Adrian, I know that I can have a deep conversation with him or he will offer some light conversation for us to laugh and enjoy our time. We always joke in Spanish and English which initially made me feel more familiar with the new group of people in the Yale Prison Education Initiative. Adrian was warm and made me feel welcomed in the classroom. He was one of the first students that reached out to me and befriended me. Little by little he also helped me feel more confident and at ease with the rest of the students and we often found ourselves in deep conversations about what we wanted for the world. He is one of the most inspiring people I know because he cares so deeply about everything he does. He cares deeply about the world around him and he continuously questions how we can make things better. Adrian is not someone who is

satisfied when things are good enough, he always pushes for more and he pushes the people around him to become more inquisitive and caring in the way they navigate the world.

Sincerely,
Diana Saavedra
Yale College '20
B.A. Ethnicity, Race, and Migration

# EXHIBIT 13

Your Honor,

I was sixteen the first time that I sold drugs. What precipitated this descent was an argument that I had with my mother. One Saturday morning, in the early summer of 1992, I woke up to a slap and the sight of the phone bill, inches from my face. After overcoming a brief period of disorientation, I realized what was happening. The month before, I had run my parents phone bill up to $419, calling a "girlfriend" who lived in Hartford at the time. $419 is not an insignificant sum for a working mother. However, I did not understand that at the time. Embarrassed, hurt, and angry at myself for disappointing the person who loved me the most, I left.

I ran away from home that day with nothing but the clothes on my back. It was summer; school was out, the days were warm and long, but the nights were something else entirely. Those first couple of nights, I slept in a friend's basement. However, when my friend's older sister discovered me there, and said that my friend would get in trouble if his parents found out, I left and never went back. For the next week or so, I slept in stolen cars, until I finally found myself at my girlfriend's apartment. She was 15, pregnant (by someone else), and had recently moved to Bridgeport to live with her older sister and her sister's two young children. My girlfriend and I shared a room in that space.

At this time I had nothing left but my pride, my selfishness, and my ignorance, which were more than enough to prevent me from returning home to my family.

About a month later, someone I knew told me that there was a place where we could make money by "working" for some guys on the other side of town. I was dirty, disheveled, and desperate. For me, the decision seemed like an easy one; I wanted to "work" (which is what we called selling drugs then).

After working and making very little or sometimes nothing at all each day for the first couple of weeks, I eventually met someone who was kind of like a "block manager," who knew my situation and who helped me make enough money to sustain myself: clothes, food, etc.

However, not long after that, my girlfriend and I had a heated argument after her sister had second thoughts about allowing two children to live like adults under her roof, with her own two children present. She told me that she loved me, but she said that it was too much. I understood when she asked me to leave. I left.

The school year was about to begin and because I would need a stable place to stay, I asked my cousin if I could stay with her for a while. She welcomed me in. She understood because some years earlier, my brother had moved in with her for a brief period after a similar experience.

To say that I ran away implies that I was missing. I was not; I was just not living at home with my family. My parents were aware of my whereabouts (most of the time), and in those early days, my mother even came to the "block" (drug area) in her squad car asking for me, though she never found me. My brother lived about a 10 minute walk away from the block. However, I knew that he was my mother's agent. If I went to his apartment, he may not have allowed me to leave until my parents arrived. So for the most part, I stayed away.

A couple of months into the school year, my father came to my cousin's apartment in an attempt to get me to come back home. After that failed, my brother tried. My mother did not. Pride, pettiness, and ignorance had deafened me and made me unrelenting. It wasn't until my grandmother suggested that I go back home that I allowed myself to hear what they were all saying. So I left, and returned home.

As I have matured and reflected on my childhood, I believe that some of my behavior was due to my inability to communicate effectively. I do not come from a family of bed time stories, hugs, kisses, and I love yous. That has never been my mother's way. My mother was an extremely loving woman. However, the way that she expressed that love was through actions, not words. And at times, that silence made it difficult to understand what she was saying.

After being back home, the dynamic was different — I felt different. My time away had given me an independence that made me "feel" like an adult. I was 16. I didn't ask for money, for clothes, or pretty much anything. If I needed money I would simply wait until the weekend and go "work." For a while, I felt like a tenant in my parents' house. I made it awkward.

Then, about a month after being home, my mother was diagnosed with cancer. It all happened extremely fast. So much so, that it is still difficult for me to ascertain what happened and when. But what I do know is that at some time in early 1993, she went from being a healthy, full-figured, full of energy, working woman, to, one day, not. In the months that followed, I continued to go to school, worked (a real job) occasionally, and came home to be with her. I did not sell drugs during this time. I prayed. I tried to be the son that I should have been before that moment, at that moment.

When she passed away in December of 1993, it was difficult for all of us: my father, my brother, my grandmother, my aunts, and my cousins. However, we dealt with it in the only way that we knew how: with silence.

The following year (`94), I went to prom, graduated, got a job, and attended community college. But I was just wandering aimlessly. And with no one left to disappoint, I was selling drugs again by the end of that year. Which is ultimately what landed me here.

Your honor, I give no reasons for, nor do I make any excuses for the choices that I have made. I only relay this story to explain where and how it began — the drug dealing. But there are no excuses. My parents were working hard to position me for success. But somewhere along the way, that was not good enough for me. In life there are always going to be negative and positive influences. At that time, I chose the most detrimental to myself, my family, and my community. I realize now, and have for some time, the negative impact my decision to sell drug has on my community. It was a selfish attempt to gain trivial success at the expense of others. And I regret it every day. And while I cannot unmake those decisions and actions, what I can do and what I have been doing is making better ones. Decisions and actions that will benefit and enrich the community instead of decimating it. At the end of the day my choices have been mine and mine alone. And I take full responsibility for them. And I am deeply sorry for them.

My incarceration has been a journey — that is the only way to describe it. Early on it was filled with challenges that I did not particularly handle well. Four of my first six years were spent in solitary confinement. Although difficult, while within the confines of those silent spaces, I developed a passion for reading and learning. The last 12-13 years have been relatively quiet, but productive.

I have pursued my education with a passion. And I have devoted myself to my own personal growth and development. My personal education began with a dictionary and an almanac and it has grown exponentially since. Even though higher education in prison was not available to me for my first 17 years of incarceration, I still pursued education. I realized that education would be the key to a successful life in or out of prison. So when Second Chance Educational Alliance (a non-credit college-level education program) came to the prison, I applied and was accepted. Then later this year when Yale, through the Yale Prison Education Initiative, came into the prison with rigorous, credit-bearing Yale courses, I was prepared. I applied, and was successful.

Yale and education in general has truly had a transformative impact and influence on my life — and not just my on life but also on the lives of others, and specifically those around me. The difference is not just quantified by better grammar, a grasp of literature and mathematical principles. It is visible. It alters men's attitudes, changes perspective, and redirects our purpose. Even in the beginning my desire to learn was not solely based on acquiring knowledge for myself. I thought of education as a tool that could help make me an asset to whatever community I might find myself in. Education challenges you to see the world differently, which enables you to be in the world differently. This is what education has done for me.

While I recognize that I have not always been the perfect prisoner, I have been in the process of becoming a better person. And I will continue to grow. The truth is that I no longer see the world at 43 in the same way that I saw it at 22.

I realize, sadly, that I stole a lot from my community. Now I would just like the opportunity to give back in a more meaningful way. Whatever talents I may have I would like to share them with those who may be able to benefit from them. Whether that is through teaching, speaking, or just simply being a positive source of inspiration or an example. Through Yale and SCEA, I have made personal, institutional, and academic connections, and have built a supportive network through which I believe I can succeed and share what I have learned beyond myself.

Finally, I spoke of everyone and everything else, except my family and loved ones who have loved me and supported me in ways that I cannot explain, and to whom I owe such much, and who deserve more from me than my past disappointments. I would like to make them proud: my Aunt Mildred; my cousin Nikki; my father.

I would humbly implore the court to allow me to be with my father who is advancing in age and who is not in the best of health, although he will not admit it. He lives in Las Vegas alone. He has never remarried. I am all that he hopes for. I will be a better son to him than I was. I humbly ask the court to consider my words and I ask your mercy, compassion, and trust.


Sincerely,

Adrian Peeler

# EXHIBIT 14

February 12, 2020

Dear Judge Arterton,

My name is Mildred Manning and I am the aunt of Adrian Peeler; Adrian's mother was my sister. I am a resident of the City of Bridgeport residing on the North End of the city and for more than 25 years I worked as a Police Officer for the City of Bridgeport, retiring from the Force in 2017.

I have known Adrian Peeler since the day he was born. Adrian was always very respectful to me and to my sister, his mom and to his dad.

Adrian's mom died in 1993 and I actively participated in helping the family nurture him in her absence. I remember Adrian as someone who loved to go fishing with his grandfather and often reflect on how much he enjoyed the time we went on a family vacation to Niagara Falls, Canada.

Adrian was a very affectionate person, freely expressing his love for his mother and grandmother with hugs and smiles. He was very polite and pleasant to people he met. He was an average student academically but he never got into trouble and was not a discipline problem at any time.

I remember how much Adrian enjoys eating a good meal; he especially loved celebrating the Holidays with the family and his grandmother Ruby's baking, especially her famous sweet potato pies. He loved dogs and when he got one, he was an attentive and caring owner, making sure he was fed and exercised to stay healthy.

I love Adrian very much and am the consistent person that writes to him to keep him encouraged; I share the word of God with him and remind him that his family still loves him very much and he is always in our prayers. I remind him how much God loves and cares for him and I go to visit him whenever I can to talk with him and visibly see how he is doing. I always let Adrian know that I will always be here for him to help and support him in any way I can and I am praying for him continually.

Sincerely,

*Mildred Manning*

Mildred Manning