UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:99cr67(AWT) |
| v. | |
| ADRIAN PEELER | June 8, 2020 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The Government's Memorandum in Opposition to Defendant's First Step Act Motion noted that there was no binding authority with respect to the whether the term "violation" in Section 404 of the FSA refers narrowly to the statute cited in the charging document or, more broadly, to the actual offense conduct. On June 5, 2020, the Second Circuit rejected the Government's argument that it is the statute of conviction, and not the defendant's actual conduct, that controls eligibility for a retroactive sentence reduction under the First Step Act. *United States v. Davis,* 19-874 (2d Cir. June 5, 2020) (attached hereto as Exh. A).

The *Davis* decision did not deal with an indictment, like Peeler's, that alleged a specific quantity of narcotics in excess of the statutory minimum. However, Davis's plea included an admission to 1.5 kilograms to 4.5 kilograms of cocaine base. *Davis* at 6. The Government is still deciding whether to pursue further review of the *Davis* decision, but in the interim, the Government wanted to alert the Court to this new decision. Notably, while the *Davis* court decided that the defendant was eligible for relief, there was no challenge to (and, thus, no review of) the district court's exercise of discretion. *Davis,* at 27-28.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Nancy V. Gifford*

NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY
Fed. Bar. No ct16324
Nancy.Gifford@usdoj.gov
450 Main Street
Hartford, CT  06103
Tel.:  860-947-1101

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

*Nancy V. Gifford*
_____
NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY