**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:1999-cr-67 (JBA) |
| ADRIAN PEELER | : September 4, 2020 |

### SUPPLEMENTAL EXHIBIT 15 IN SUPPORT OF FIRST STEP ACT MOTION

In further support of Mr. Peeler's First Step Act motion, Defendant submits as Exhibit 15 the accompanying letter and photographs from Kathryne Robinson, who has known Mr. Peeler since they were teenagers.

                Respectfully submitted,

                THE DEFENDANT,
                Adrian Peeler

                OFFICE OF THE FEDERAL DEFENDER

Dated: September 4, 2020         s/ James P. Maguire
                James P. Maguire
                Assistant Federal Defender
                265 Church Street, Suite 702
                New Haven, CT 06510
                Phone: (203) 498-4200
                Bar No.: ct29355
                Email: James_Maguire@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ James Maguire
                James P. Maguire

# EXHIBIT 15

Kathryne Robinson

Bridgeport, CT 06604

Dear Judge Arterton,

    My name is Kathryne Robinson and I've known Adrian Peeler for 26 years. Adrian and I met in 1994 as teenagers through a mutual friend and eventually we began dating. Our introduction was during a critical moment in Adrian's life, only weeks before Adrian's mother lost her short battle to cancer. At the time I didn't realize that his mother had died shortly before we met. One of the things that helped us bond during that period was me being his partner in his Beautillion-a coming of age ball for young men in their senior year of high school. It was then he and I began to spend an abundant amount of time together, our practices were every day of the week. I did not know it at the time, but those practices became almost like lifeline for him, and I believe they became a coping mechanism that helped him deal with the loss of his mother. While I knew that his mother had passed away, I was truly unaware of how fresh the loss was for him at that time. Our daily practices meant so much to him because it was exactly what he needed at that moment in his life. He rarely spoke in any detail about his mother to me back then, but I knew how hard it was for him to grow up without her, he missed and needed his mother. He would occasionally share stories about himself as a kid, teaching his parents the latest dances before they headed out for their date nights. At the time he was broken, but it never showed outwardly. He was always extremely patient, poised, and composed, but quiet. Adrian and I continued to spend time together meeting at the mall after school, catching a movie, his prom, and my Cotillion. He became my very best friend. I have included a few pictures from some of my most memorable moments to capture the sincerity of the person he was.

    The quality that attracted me most to Adrian was his kindness, his compassion, and his thoughtfulness towards others. In our early 20's he and I often went to Bennigan's for dinner, where we met a young waitress named Simone. Simone always seemed to be having a hard time adjusting to the volume in the restaurant, and we later learned that this was her first waitressing job. Adrian insisted on sitting in Simone's section every time we dined here, and he was adamant that we support the only young person of color working at the restaurant, even if it meant a 20-30 minute wait. Even now, he tells me a stories of a 24-year-old young man named Alex, who he recognized as a very mild-mannered young man who was vulnerable to bullying, and it was no surprise when Adrian said to me one day, "I have an adopted son." He took Alex under his wing in the form of a mentor and he has not looked back since. Adrian has always been generous in giving his time with others, he is still the patient, poised, and composed human being I remember him to be in the early 1990's.

    The man I know Adrian to be today possesses a sophistication I don't remember back then. He has an unwavering commitment to invest in himself through education and the partnership with the Yale Prison Education Initiative has given him a space to truly connect with others on a deeper, more intellectual level. There is an emotional intelligence in the way he expresses his feelings now: he's able to recognize, interpret, and respond constructively to his emotions. Through our conversations, Adrian confided in me that he has a sincere and complicit understanding of his actions, and he has expressed remorse. He understands the impact crack has had on families and our community. In our many conversations, Adrian has never once tried to defend his actions or minimized the significance of his decisions.

      I feel strongly that Adrian will make a powerful impact on his community upon reentering society.  The characteristics that I've always known Adrian to possess are still there, he remains the kind, compassionate and thoughtful person I knew growing up. He has a natural ability to help guide those around him with empathy and encouragement, even now at one of the lowest points in his life.  If allowed the chance, I believe Adrian will continue with his education and working with the criminal justice system and providing reform to those incarcerated.  I stand ready to offer my support; financially, emotionally, intellectually and in any way Adrian may require. I expect Adrian to have a period of adjustment to the world we're living in today and I believe he will be just fine.  He has a loving family, Myself and a team or Educators from Yale.  I plan to be the voice that reminds him to be flexible, positive, and focused on embracing these changes. I've spent the last 20 years building a career in staffing, from boutique staffing firms, non-profit, and now I am the Vice President, Talent Acquisition for a New York based Public Relations firm. I have made many connections and even a few friends along this journey, and I plan to tap those I trust within my network to help Adrian land on his feet.

      Your Honor, I hope this letter gives you some perspective into who Adrian Peeler is as an individual and I passionately hope the court sees fit to reduce his sentence to time served.

Sincerely,

Kathryne Robinson



