UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:99cr67(AWT) |
| v. | |
| ADRIAN PEELER | October 14, 2020 |

**NOTICE re: VICTIM STATEMENTS**

The Government submits this supplement to its Opposition to the Defendant's Memorandum in Support of the First Step Act (the "Government's Opposition") [Doc. No. 398] to provide the Court with victim impact statements from relatives of Karen Clarke and her eight-year-old son, Leroy "BJ" Brown.

As discussed more fully in the Government's Opposition, the defendant was sentenced by the Honorable Alan H. Nevas to thirty-five years' imprisonment for his leadership role in a drug trafficking organization, which he operated with his brother, Russell Peeler.

After his federal sentencing, the defendant was convicted at trial and sentenced in Connecticut state court for his role in conspiring to murder Ms. Clarke and BJ, who were slain to prevent them from testifying against Russell Peeler. The defendant received the statutory maximum of 20 years' imprisonment to run consecutive to the federal sentence.

Defendant now requests this court to reduce his federal sentence and to run that sentence concurrent to the state sentence. Courts are permitted, under 18 U.S.C.S. § 3661, to consider the widest possible breadth of information when imposing a sentence; this includes information provided by victims of the defendant's relevant conduct. *See e.g. United States v. Greig,* 717 F.3d 212 (1st Cir. 2013) (affirming the district court's decision to permit the relatives of victims

killed by Whitey Bulger to speak at the sentencing of Bulger's girlfriend's sentencing for harboring a fugitive and identity fraud).

The Government recently obtained contact information for relatives of Ms. Clarke and BJ. After advising the family members of the status of the motion for resentencing under the First Step Act, two relatives requested the opportunity to write letters to the Court.

Attached hereto as Exhibit A is a letter written by the sister of Karen Clarke and aunt of BJ Brown. Attached hereto as Exhibit B is a letter written by the cousin of Karen Clarke and BJ Brown. These letters detail the devastating loss of two vibrant lives struck down by Peeler; observations of Peeler from his state trial and subsequent parole hearing; and the consequences on surviving family members that continue today, more than twenty years after their murder.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Nancy V. Gifford*

NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY
Fed. Bar. No ct16324
Nancy.Gifford@usdoj.gov
450 Main Street
Hartford, CT 06103
Tel.: 860-947-1101

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*Nancy V. Gifford*

_____
NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY