# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:1999-cr-67 (JBA) |
| ADRIAN PEELER | : December 6, 2020 |

## SUPPLEMENTAL EXHIBITS 16 - 19 IN SUPPORT OF FIRST STEP ACT MOTION

In further support of Mr. Peeler's First Step Act motion, Defendant submits as Exhibits 16 - 19 the accompanying letters from people who have had the opportunity to observe Mr. Peeler's character, including while he has been in custody.

Respectfully submitted,

THE DEFENDANT,
Adrian Peeler

OFFICE OF THE FEDERAL DEFENDER

Dated: December 6, 2020

 /s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ James Maguire
James P. Maguire

# EXHIBIT 16

0-27-20

Dear Judge Artenton,

My name is Alex Checa. I had the great pleasure of meeting and living with Adrian for a year and a couple of months. In that time I really got to know who Adrian is. Yes, I've read his case and heard stories about it, yet that is not the Adrian that I meet.

Adrian to me was a very big inspiration when it comes to becoming better then who we used to be. I never had a drive to read or further my education but Adrian helped me understand the importance of education. With his guidence I began to sign up for college programs, vocational programs and embarked in the journey to become a educated man. I have now finished all my programs with A's thanks to Adrian, have read over 80 books. I truly believe that I would of never began all of that with out his help.

Even though does are great things he helped me in a even greater way. I used to be a young kid with no intentions of growing into a man. I can say that my progress over the years has been remarkable. I no longer am senceless. In my hardest days Adrian was able to pull me from the dark with his infectious smile and corny jokes. When I most missed my family, he made me feel like I was his little brother by the way of compasion and love.

We have not been in the same cell now for almost two years, yet I still think of his words "If you are going to do something do it right, think before you speak, plan before you act". Not a day goes by where his words dont resonate in my mind. I seen him cry, smile, stress and be happy, happy when I got my first A on a exam, smile when I picked up the second book to Game Of Thrones, cry when we watched The Last Samurai.

More then a "mentor" Adrian was and will always be somewhat of a big brother figure to me. All of his growth & progress over the years has made him in many ways an exceptional human being I feel that if he was able to help me grow into the person with goals & ambition that I am today he could have the same impact on many other. Many are the qualitys that he possess but the one that shines through all of them is his heart.

Regardless of his past he truly is not that person the papers spoke about back in 2000, the Adrian I know so very well is one of the kindest persons I have ever ran into. At the end of the day I firmly believe that he is more then ready for a chance at life outside this walls. Adrian my friend, my brother.

Sincerely Alex checa

# EXHIBIT 17

Dear Judge Arterton,

      My name is Keshawnta Johnson and I've known Adrian Peeler for 26 years. I first met Adrian when we were children. I was 7 years old and he was 8. We went to the same summer day camp. He was precocious. He was rambunctious. He was everything expected of a little boy to be at the time. He was always smiling and his smile was so big it almost seemed as though his face could collapse into it. He was also very friendly. He has no memory of me from this time, but I remember him. I transferred to the high school he attended in the fall of 1993. I recognized him immediately by that wide smile. It was the one I remembered from our childhood. I don't know when exactly we became friends, but he was friendly. We were friendly. I have a million stories about Adrian and his character, but I must share this one. This is the one where I first got to see who he was as a person. Our Marketing teacher took us on a field trip to Rhode Island. We were in a store and I said I was going to steal something from the store because the line was too long for me to stand in and I didn't want to wait. I was joking and had no intention of stealing, so I exited the store empty handed. We were all outside of the store waiting for Adrian so we could depart but Adrian was taking forever to exit the store. Once he came out, he handed me a bag and it contained the things in it that I'd wanted to buy but didn't. He said he bought them for me because he didn't want me to steal them and end up in jail in Rhode Island. It was touching. At the time, we didn't know one another well at all. It was extremely thoughtful and kind of him. Once we returned to school from the trip, he offered me a ride home and that day our friendship was born. Over time, I'd realize that what he did that day was simply who Adrian was. That's who Adrian is. Character doesn't change.

      Adrian was the gentlest giant. His size belied his nature. Adrian was extremely calm and non-confrontational. He would concede before he would argue in most instances. I've never seen him argue with anyone, raise his voice, or express anger in any form. Adrian was well mannered and respectful. Adults loved him, parents and teachers alike. It wasn't a feigned politeness, it was genuine and it showed. He was social but not overly so. He was friendly with everyone, but had a close-knit group of friends and we all respected him. He just seemed so much more mature than the rest of us. He was usually our voice of reason. Adrian was one of those people whose presence in a room changed the dynamic in the room for the better. He had a big personality while at the same time maintaining humility. Adrian was a helper. He was always helping people.

      Adrian had a big heart. In 1998 a similar aged relative of mine was always at my house. She was what I would now recognize as depressed. At the time, I simply described her as sullen. After seeing her twice, Adrian told me he thought she might be suffering from depression. I disagreed, but every time he came over he made it his mission to talk to her and make her laugh. She began to look forward to his visits and in his presence was usually

the only time she would ever laugh or smile. He also arranged for myself and another friend of ours to take her out to dinner and a movie to get her out of the house and lift her spirits. This was the intuitive and helpful nature of young Adrian. This is the same intuitive and helpful nature he has today and it has grown up with him as he's grown.

When Adrian and I were in high school, I had a baby brother. He was born a couple of weeks after I met Adrian. Adrian was so good with him. He would come to my house and play with my brother and my brother adored him. He was like a fun uncle. Adrian would take him on brief car rides and he'd put the baby's car seat in his car and strap him in and off they'd go--Adrian and his little one year old friend in feet pajamas. When my brother was in kindergarten he would regale Adrian with the tales of his day and show him his artwork, which Adrian would always compliment and encourage. Adrian was always so engaged and with extreme patience would advise him on how to navigate the tough world of kindergarten.

I do know that Adrian hasn't always been the model prisoner, especially in his earlier years. He always says his experience in prison has been a journey. I know prison isn't a place of peace and contentment, it is a place of resilience and survival. Everything that has happened to and for him there despite what may have inspired, facilitated, or precipitated these are a part of his journey. I know that he learned some hard lessons there, but he learned and I think the evidence of that is by his track record in the last decade. He went into prison just shy of his 23rd birthday. He is now over 40 years old and he has grown exponentially in every way possible in that limited environment. I am extremely proud of the way he has cultivated himself in such bleak circumstances.

Prison is probably the least likely place for someone to grow in the way I've seen Adrian grow over the course of these years. He's always been smart. As a teen, like many, he was unfocused in school. Now he's educated. He's well read. He's well spoken. He has aspirations of obtaining college degrees. He has reached a level of emotional maturity that was lacking in his youth. He wants to deposit into a community similar to the one he bankrupted with narcotics. Adrian takes full accountability for his actions in the drug trade. While I've even tried to list reasons, societal and otherwise that led to him selling drugs, he has stopped me instantly and taken full responsibility for his actions. He knows he was wrong. He doesn't blame anything or anyone else on his decision to become a part of that lifestyle. I disagree and stand by the mitigating contributing factors, but I do not discourage Adrian for owning his actions. He now knows how wrong it was and he has had an inordinate amount of time to reflect, think, learn and grow. One thing that has surprisingly increased since Adrian has been in prison is his world view. He can now see the harm that drugs did to his community and families within that community in a way that he wasn't

cognizant of when he was young. He is no longer a 22 year old kid who can't see things clearly for what they are. He is a grown man who has seen the error of his ways and he is determined to continue his education and succeed in life outside of prison.

The opportunity Adrian has had to be a part of the Yale Education Prison Initiative is nothing short of amazing. I think it presented itself at the right time for him. The passion with which he talks about things he has learned or the discussions he's had in class is music to my ears. He loves learning. He loves sharing what he's learned. He has an intellectual curiosity that didn't exist within him in his younger years. Prison isn't where I would have chosen for him to reach this maturation, but I think he did well despite where he matured. I'm proud of who he has become and I can't wait to see him be able to put everything he has learned educationally and about himself as a person to use outside the confines of prison.

Adrian has a support system, that consists of both family members and friends. I personally will provide whatever support he needs--emotional, financial, material, etc. There is no limit to the ways I plan to be there for every step of his life's journey. Adrian is focused on continuing his education and being a pillar to a community in a way that he was not in his youth. I'm so impressed with who he has become over the course of these last 21 years. He has changed in ways that were necessary. He's wiser, he's learned, he is accountable, he is very in touch with his emotions and the way he communicates them. He has remained the same in ways that were also necessary. He is still kind. He is still thoughtful. He is still someone who cares deeply about others. He is still a helper. Adrian could have done any number of things with the time he had on his hands, yet I feel that he used his time very wisely. He wants to teach. He would be a great teacher. He's patient, he's kind, and he has a brilliant mind. He lights up when he can help someone see something they've missed in anything they've read. He has a love and passion for literature and the beauty and depth that can be created with words. He is also a very gifted writer.

Adrian wants to be able to spend time with his aging father. He wants to be with him. He wants to go fishing with him, which is one of the ways they used to bond. I think that is one of the most important things, for him and his father to be able to bond and have a relationship with Adrian as a free man. I think they need one another in a way that is unavailable to them at a distance.

I truly believe Adrian is ready for the opportunity to put everything he's learned over the last 21 years to use outside of the confines of prison. As much as I hate that he was in prison, I'm pleased to see the transformation he's made in there. I don't know that he

would have ever gotten the education he's been able to take advantage of in prison. I don't know that he would be as well read as he is were it not for prison. He wouldn't be fluent in Spanish were it not for prison, of this, I am certain.

  One day in 1999 Adrian and I were sitting in my living room and I asked him what he was going to do with his future. I asked Adrian if he had any other career ambitions. He said, "*All I want to do is become a radiologist and buy a raised ranch in Monroe.*" That made me feel better, because I felt that at some point, he would take the steps to become a radiologist and he'd be fine going forward. That didn't have a chance to happen, but he was planning a different future back then. He wanted a different future back then. That gave me a sense of peace and contentment about his future. Obviously he wasn't able to bring those dreams to fruition. He now has new dreams and I want nothing more than for him to have the opportunity to come out into the world to pursue them. I appreciate the opportunity to share just some of my experiences with Adrian and I hope they help you see who he was as a person and who he has become. Thank you for your time.

Sincerely,


Keshawnta Johnson

# EXHIBIT 18

Dear Judge Arterton

My name and s Willard Copeland I'm a correction officer at Macdougall  Walker CI I know Adrian Peeler on a professionally basis working in the units that he's been housed . Adrien has always been a truthful and trustworthy inmate who since I've worked with DOC has never gotten a ticket for fighting or disobeying a direct order. He's always a tier man in the units which to me means he like to be busy and he always work and when it comes on to education he seeks it out , whatever college program is offered he goes for it .

Thank you

# EXHIBIT 19



# MACDOUGALL-WALKER CORRECTIONAL INSTITUTION
## MACDOUGALL BUILDING

### 1153 EAST STREET SOUTH
### SUFFIELD, CONNECTICUT  06080

Date: October 26, 2020
From: Captain Robert Bishop

To whom it may oncern,

This letter is intended to serve as a letter for Inmate Adrian Peeler #248446 who has recently expressed his interest in pursuing reduction in his sentence. I am currently assigned as the Unit Manager of H and I Units. Mr. Peeler has been assigned as a worker within I-2 Unit for approximatley 2 years.

I have overseen the work performance of Mr. Peeler for the past year. Mr. Peeler has been an asset to the unit during the Covid-19 epidemic and completes all assigned work. He continues to assist other inmates and staff with needs within the unit without hesitation. He communicates well with staff and the inmate population.  He serves his time with a purpose to better himself on a daily basis by helping other inmates and helping staff get daily facility functions completed.

As a Unit Manager it has been a privilege to have a worker such as Mr. Peeler assigned to the upkeeping and daily needs of the unit especially during these trying times with Covide-19. If anyone has any questions or concerns feel free to contact me at MacDougall/Waler C.I.

Respectfully,

Captain Robert Bishop
Unit Manager H & I
MacDougall Walker C.I.