UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:99cr67(AWT) |
| v. | |
| ADRIAN PEELER | December 31, 2020 |

**GOVERNMENT'S SUPPLEMENTAL EXHIBIT C
IN OPPOSITION TO THE FIRST STEP ACT MOTION**

In further opposition to the defendant's First Step Act motion, the Government submits Supplement Exhibit C, a letter authored by Joseph T. Corradino, State's Attorney for the Judicial District of Fairfield and Susan M. Campbell, Senior Assistant State's Attorney.

Upon learning of the defendant's motion requesting a reduced sentence and imposition of a concurrent term of imprisonment, the State's Attorney requested the opportunity to provide the Court with details of Peeler's state conviction as well as additional considerations relative to the letters of support filed by the defendant. The State's letter provides important information for the Court's consideration of the sentencing factors in 18 U.S.C. § 3553, including the defendant's history and characteristics and the nature and circumstances of the offense. *See also* 18 U.S.C. § 3661 ("No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence.").

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Nancy V. Gifford*

NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY
Fed. Bar. No ct16324
Nancy.Gifford@usdoj.gov
450 Main Street
Hartford, CT 06103
Tel.: 860-947-1101

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*Nancy V. Gifford*

_____
NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY