**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:1999-cr-67 (JBA) |
| ADRIAN PEELER | : October 30, 2021 |

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)(i) AND**
**SECTION 603 OF THE FIRST STEP ACT**

Mr. Adrian Peeler respectfully requests that the Court reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by Section 603 of the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194 (2018). Mr. Peeler submits that a combination of "extraordinary and compelling reasons" warrant a reduction in his sentence, including the underlying nature of the federal crack cocaine offense and particularly his extraordinary efforts at rehabilitation. Furthermore, taking into consideration all of the factors under 18 U.S.C. § 3553(a), the sentence imposed is greater than necessary to satisfy the purposes of sentencing.

Defendant understands that the government opposes the requested relief.

                                              Respectfully submitted,

                                              THE DEFENDANT,
                                              Adrian Peeler

                                              OFFICE OF THE FEDERAL DEFENDER

Dated: October 30, 2021                /s/ James P. Maguire
                                              James P. Maguire
                                              Assistant Federal Defender
                                              265 Church Street, Suite 702
                                              New Haven, CT 06510
                                              Phone: (203) 498-4200
                                              Bar No.: ct29355
                                              Email: James_Maguire@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 30, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             /s/ James Maguire
                                             James P. Maguire