# UNITED STATES DISTRICT COURT
## District of Connecticut

### JUDGMENT IN A CRIMINAL CASE FOLLOWING RESENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:99-cr-00067-JBA-2 |
| | USM No.: 13443-014 |
| V. | |
| | Nancy Gifford, Assistant U.S. Attorney |
| ADRIAN PEELER | James P. Maguire, Defendant's Attorney |

The defendant pled guilty to Count 1 of the Superseding Indictment on 11/9/1999. Upon the granting of the Defendant's Motion to Reduce Sentence Pursuant to the First Step Act (Document #388), the Defendant is resentenced as to the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| Title 21, United States Code, §846 | Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine | January 1999 | 1 |

**IMPRISONMENT**
The Defendant is remanded to the Attorney General of the United States to be imprisoned for a period of 180 months to be served consecutively to his current state sentence with no credit for any time served.

**SUPERVISED RELEASE**
Upon release from imprisonment, the Defendant shall be on Supervised Release for a term of 5 years.

The Mandatory and Standard Conditions of Supervised Release set by the original judgment (Document #232) remain imposed. In addition, the following Special Conditions are imposed:

1. You must submit your person, residence, office, or vehicle to a search, conducted by a United States Probation Officer, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search is grounds for revocation; you must inform any other residents that the premises may be subject to searches pursuant to this condition.

2. You must not have any contact with relatives of the victims, BJ Brown and Karen Clarke. These relatives include: Janet Gordon, Oswald Clarke, KerryAnn Nicole Clarke, Lorna McLeod, Junior Clarke, Olive Gordon, Anthony (Lyston) Clarke, Raven Outtern, Zion Kelly, Jade Clarke, Emerald Clarke, and Lukie Clarke.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

**Special Assessment:** $100.00 to be paid to the Clerk of the Court immediately
**Fine:** Waived
**Restitution:** NA

It is further ordered that the defendant will notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are paid.

The following Counts have been dismissed: NA

**JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS - NA**

Date of Imposition of Sentence: November 16, 2021

/s/ Judge Janet Bond Arterton
_____
Janet Bond Arterton, United States District Judge

# CONDITIONS OF PROBATION

**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

## MANDATORY CONDITIONS

(1) You shall not commit another federal, state or local crime.

(2) You shall not unlawfully possess a controlled substance.

(3) You shall refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

(4) ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

(5) ☐ You must cooperate in the collection of DNA as directed by the Bureau of Prisons or probation officer. *(check if applicable)*

(6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

(7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

## STANDARD CONDITIONS

As part of your Supervised Release you must comply with the following standard conditions of supervision as imposed at your original sentencing. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

(1) The defendant shall not leave the judicial district without the permission of the court or probation officer;

(2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month;

(3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4) The defendant shall support his or her dependents and meet other family responsibilities;

(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

(6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;

(7) The defendant shall refrain from excessive use of alcohol;

(8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

(11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

(12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

(13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Upon a finding of a violation of probation, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____    _____
                Defendant                                                   Date

_____                    _____
U.S. Probation Officer/Designated Witness                          Date


**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____, with a certified copy of this judgment.

                                                        _____
                                                        Lawrence Bobnick
                                                        Acting United States Marshal

                                        By      _____
                                                        Deputy Marshal