**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of February, two thousand twenty-five.

---

United States of America,

      Appellee,

v.

Adrian Peeler,

      Defendant - Appellant.

**ORDER**

Docket No. 24-1240

---

Via so-ordered scheduling notification dated December 13, 2024, the Court set the filing date for Appellant's brief as February 3, 2025. Appellant failed to file the brief by the deadline. The appeal is in default.

IT IS HEREBY ORDERED that Appellant's brief must be filed on or before February 21, 2025. The appeal is dismissed effective February 21, 2025, if the brief is not filed by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/10/2025